

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-12-2008

# Lombardo v. Comm of PA Welfare

Precedential or Non-Precedential: Precedential

Docket No. 06-4628

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Lombardo v. Comm of PA Welfare" (2008). *2008 Decisions.* Paper 444.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/444

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-4628
_____

MICHAEL A. LOMBARDO

v.

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF PUBLIC
WELFARE; ESTELLE RICHMAN, Secretary of the Department of Public Welfare, in
her official capacity,

Appellants

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 06-cv-00732)
District Judge:  Honorable William J. Nealon

Argued October 24, 2007

Before: SLOVITER, CHAGARES, and HARDIMAN, Circuit Judges.

_____

(Filed: August 25, 2008)

_____

ORDER AMENDING OPINION
_____

It has come to the attention of the Court that Pennsylvania's Sectretary of Public

Welfare was incorrectly named in the body of the opinion. At the direction of the Court is it hereby O R D E R E D that the opinion is hereby amended to correctly identify the Secretary as Estelle Richman on pages 2 and 3 of the opinion.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 12, 2008